IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH NORWOOD,

      Plaintiff,                    CV F 07 0835 LJO WMW P

  vs.                                 ORDER

S. F. CARTER,

      Defendant.

     Plaintiff filed this action on June 8, 2007, and it was opened and assigned the above case number. Along with his action, Plaintiff filed a notice, indicating that he needs more time to prepare his complaint. Plaintiff requests the Clerk's Office to return his complaint to him so that he may file it again at a later date.

     Plaintiff is advised that once a document is filed with the court, it becomes a part of the official record. This action has therefore been filed, and proceeds as a civil action. Should Plaintiff desire to dismiss this action, he may do so, without prejudice, and without the imposition of a filing fee. Federal Rule of Civil Procedure 41(a) provides that Plaintiff may dismiss his case, on his own motion, without prejudice. In order to do so, Plaintiff must file his request with the court, using the above case

number.

Should Plaintiff desire to dismiss this case, he must inform the court, in writing, within 30 days. Should Plaintiff fail to do so, the court will process this case in the ordinary course of litigation, including an order directing the Department of Corrections to collect and forward to the court the $350 filing fee from Plaintiff's trust account. Plaintiff is advised that a dismissal without prejudice allows Plaintiff to set forth all of the claims and allegations in a new lawsuit.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall return to Plaintiff a copy of the complaint filed on June 8, 2007.

2. Plaintiff is granted thirty days from the date of service of this order in which to inform the court, in writing, of his desire to proceed in this action.

IT IS SO ORDERED.

Dated:   June 12, 2007                    /s/ William M. Wunderlich
                                        UNITED STATES MAGISTRATE JUDGE