Case 1:07-cv-00835-LJO-WMW   Document 9   Filed 06/26/2007   Page 1 of 1

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**KENNETH NORWOOD,**

       **Plaintiff,**               **CV F 07 0835 LJO WMW P**

     **vs.**                     **ORDER DISMISSING ACTION**

**S. CARTER,**

       **Defendant.**

     **Plaintiff has filed a notice of voluntary dismissal of this action.  Plaintiff seeks, on his own motion, to dismiss this action without prejudice.  There has been no service of the complaint, and Defendant has not entered an appearance.  Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff may dismiss his action without prejudice so long as an answer has not been filed.**

     **Accordingly, IT IS HEREBY ORDERED that this action is dismissed, without prejudice, on Plaintiff's motion.**

IT IS SO ORDERED.

**Dated:    June 25, 2007**             **/s/ Lawrence J. O'Neill**
                           UNITED STATES DISTRICT JUDGE

1